IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KIMBRICK BERNARD JONES, #21413-078 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv923 |
| | | CRIMINAL NO. 6:13CR00069-001 |
| UNITED STATES OF AMERICA | § | |

FINAL JUDGMENT

The court having considered Movant's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the motion to vacate, set aside or correct Movant's sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** with prejudice.

**So Ordered and Signed**
**Mar 2, 2017**

_____
Ron Clark, United States District Judge